# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01CR57-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WAYNE ACHILLE McALLISTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Proceed on Appeal In Forma Pauperis, filed April 25, 2005.

Federal law requires that a defendant filing a notice of appeal must pay a filing fee in the amount of two-hundred and fifty-five dollars ($255.00), plus service fees and other costs. In his Motion to Proceed In Forma Pauperis, Defendant argued that because an Audita Querela motion is not a pure civil action it should not fall under the purview of the Prison Litigation Reform Act. This Court agreed and ordered Defendant to provide the Court with a copy of his trust account statement.

A review of Defendant's trust account statement reveals that he has received $ 1, 875.28 in deposits over the last six months. Based upon this information, the Court concludes that Defendant has the resources to pay the filing fee at issue.

**IT IS THEREFORE ORDERED that:**

1. Defendant's Motion to Proceed In Forma Pauperis is **DENIED**;

2. Defendant shall pay the full filing fee within twenty days of this Order.

**Signed: June 13, 2005**

Graham C. Mullen
Chief United States District Judge